DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-134-FDW

| | |
|---|---|
| KARL L. COVINGTON, JR.,        ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| vs.                 ) | |
| )                                    **ORDER** | |
| FNU DUNCAN, et al.,            ) | |
| ) | |
| Defendants.          ) | |
| _____ ) | |

**THIS MATTER** is before the Court on *pro se* Plaintiff's First Request for Production of Document, (Doc. No. 17).

Plaintiff has filed a *pro se* civil rights case raising an Eighth Amendment claim that passed initial review on November 28, 2017. (Doc. No. 15). Service of process is underway. (Doc. No. 16).

Plaintiff's discovery motion is premature. See Fed. R. Civ. P. 26(c) (as a general matter, a party must make initial disclosures at or within 14 days after the parties Rule 26(f) conference); Local Rule 26.1 ("Official Court-ordered and enforceable discovery does not commence until issuance of the scheduling order."). Moreover, routine discovery requests should not be filed with the Court. See Local Rule 26.2 ("The parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses therto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition.").

**IT IS, THEREFORE, ORDERED that:**

1

1. Plaintiff's First Request for Production of Document, (Doc. No. 17), is **DENIED**.

Signed: December 15, 2017

Frank D. Whitney
Chief United States District Judge