UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-134-FDW

| | |
|---|---|
| KARL L. COVINGTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU DUNCAN, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion for an Order Compelling Discovery," (Doc. No. 26), in which Plaintiff seeks an order requiring Defendants to provide Plaintiff with the "real name, address, and employers file as well as use of force incident report with defendants real name and statements to find defendants real name and prove involvement."

This motion denied as moot because the Court granted Plaintiff limited discovery for the purpose of identifying Defendant Murray on January 4, 2018. (Doc. No. 25). To the extent that Plaintiff seeks discovery beyond that necessary to identify and serve Defendant Murray, it is denied as premature. See (Doc. No. 18).

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Order Granting Discovery," (Doc. No. 26), is **DENIED**.

Signed: January 10, 2018

Frank D. Whitney
Chief United States District Judge

1