# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:16-cv-134-FDW

| | |
|---|---|
| KARL L. COVINGTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| JEFFREY DUNCAN, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its August 7, 2019 Order requiring Plaintiff to notify the Court of his present address and respond to Defendants' Motion for Summary Judgment. (Doc. Nos. 84); see (Doc. No. 74). The Court warned Plaintiff that failing to comply would result in this case's dismissal without prejudice. (Doc. No. 84 at 2). Plaintiff has failed to comply and the time to do so has expired. This action will therefore be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to comply with this Court's Order dated August 7, 2019.

(2) The Clerk of this Court is directed to terminate this action.

Signed: August 19, 2019

Frank D. Whitney
Chief United States District Judge

1